**94-1979.** State ex rel. McAndrews v. Gaines. *Hamilton County*, No. C–940596. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. On October 3, 1994, the record was filed in the Supreme Court. Appellant's brief and supplement to the brief were due November 14, 1994. It appears from the records of this court that appellant has not filed a merit brief and supplement to the brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective November 30, 1994.

*Tuesday, December 6, 1994*

## MOTION DOCKET

**90-22.** State v. Waddy. *Franklin County*, Nos. 87AP–1159 and 87AP–1160. On July 9, 1992, this court stayed the execution of sentence in this cause pending a decision of the United States Supreme Court on appellant's petition for writ of certiorari. On October 5, 1994, appellee filed a motion to set execution date.

It appearing to the court that, on October 13, 1992, the Supreme Court of the United States entered an order in No. 92–5531, *Warren Waddy v. Ohio*, which stated:

"On consideration of the petition for a writ of certiorari herein to the Supreme Court of Ohio, IT IS ORDERED by this Court that said petition be, and the same is hereby, denied."

Upon consideration that the stay of execution of sentence granted by this court on July 9, 1992, was conditioned upon final disposition of appellant's petition to the Supreme Court of the United States, and it appearing to this court that the Supreme Court of the United States has rendered a final disposition of the petition,

IT IS ORDERED that the stay of execution is hereby terminated as of the date of this entry, December 5, 1994.

IT IS HEREBY ORDERED by this court that the sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Monday, the 6th day of March, 1995, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that the Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Franklin County.